# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

| | |
|---|---|
| FIANNA FAMILY DENTISTRY, PLC, individually and on behalf of others similarly situated.<br><br>Plaintiffs,<br>v.<br><br>AMERICAN MEDICAL & DENTAL SUPPLIES, INC., DBA DDS DENTAL SUPPLIES<br><br>Defendant. | Case No.: 2:20-cv-02128-PKH<br><br>NOTICE OF DISMISSAL |

## NOTICE OF DISMISSAL

**PLAINTIFF HEREBY GIVES NOTICE TO THE COURT,** that pursuant to Fed. R. Civ. P. 41(a)(1)A(ii), this action is discontinued and dismissed in its entirety.

Respectfully Submitted,

/s/ Jason Ryburn,
ARBAR- 2012-148
Jason M. Ryburn
Ryburn Law Firm
650 S. Shackleford Rd., Ste. 231
Little Rock, AR 72211
[o] (501) 228-8100
[f] (501) 228-7300
jason@ryburnlawfirm.com
Attorney for the Plaintiff