IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

FIANNA FAMILY DENTISTRY, PLC                                   PLAINTIFF

V.                             2:20-cv-02128

AMERICAN MEDICAL & DENTAL SUPPLIES, INC                        DEFENDANT

## CLERK'S ORDER OF DISMISSAL

The Plaintiff has filed a Notice of Dismissal (document 10) pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

IT IS ORDERED that this civil action is dismissed without prejudice.

                                        AT THE DIRECTION OF THE COURT
                                        DOUGLAS F. YOUNG, CLERK

                                        By: /s/ *Laura L. Wolfe*
                                                Deputy Clerk